AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__    District of    __ALABAMA__

UNITED STATES OF AMERICA

V.

**BUFFY LYNN ROBERSON**
1810 W. 8TH AVENUE
FLORALA, AL 36442

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case    2:05CR149-F

YOU ARE HEREBY COMMANDED to arrest    __**BUFFY LYNN ROBERSON**__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

Sell or Distribute a Controlled Substance

Aiding and Abetting

in violation of Title    __21 & 18__    United States Code, Section(s) __841, 846, and 2__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

_Kelli Gregg_
Signature of Issuing Officer

__JUNE 30, 2005 AT MONTGOMERY, AL.__
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |