# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: JULY 12, 2005

DIGITAL RECORDING: 2:19 - 2:38

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **VANZETTA P. MCPHERSON** DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR149-F-CSC**    DEFT. NAME: **BUFFY LYNN ROBERSON**

USA: Tery Moorer    ATTY: Jeff Duffy

Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO; ( ) Stand In ONLY

USPTSO/USPO: Ron Thweatt

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES NAME:_____

- [x] kars.    Date of Arrest **7/12/05**    or  [ ] karsr40
- [x] kia.    Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [ ] kcnsl.    Deft. First Appearance with Counsel
- [ ]    Deft. First Appearance without Counsel
- [ ]    Requests appointed Counsel   [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff.    Financial Affidavit executed  [ ] to be obtained by PTSO
- [ ] koappted    ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [x] k20appt.    Panel Attorney Appointed; [x] to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's ORAL (kgoralm.) Motion for Detention Hrg.  [ ] To be followed by written motion;
- [ ]    Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg.    **Detention Hearing** [ ] held; [ ] set for _____ at _____
- [ ] kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- [x] kocondrls.    Release order entered. Deft. advised of conditions of release
- [x] kbnd.    [ ] **BOND EXECUTED** (M/D AL charges) $ **25,000** . Deft released (kloc LR)
-     [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]    Preliminary Hearing [ ] Set for _____
- [ ] ko.    Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.    Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [x] karr.    **ARRAIGNMENT** SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
    [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
    DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.    Identity/Removal Hearing set for _____
- [x] kwvspt    **Waiver of Speedy Trial Act Rights Executed**