IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | |
| ) | CR. NO.   2:05CR149-F |
| BUFFY LYNN ROBERSON ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Buffy Lynn Roberson,** defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

   WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

7-12-05
DATE

_Buffy Roberson_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT