**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05cr149-F |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LESLIE H. TRAWICK d/b/a LAKE GROCERY, BUFFY LYNN ROBERSON and KIM LNU | LIS PENDENS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
COVINGTON COUNTY JUDGE OF PROBATE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
COURT SQUARE ONE - ANDALUSIA, ALABAMA 36420

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Covington County Judge of Probate
P.O. Drawer 789
Andalusia, AL 36420

2. Article Number: 7001 1140 0001 8579 5861

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Suzanne M Hedger  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Suzanne M Hedger    C. Date of Delivery: 7/13/05

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type:
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

TELEPHONE NUMBER: (334) 223-7280
DATE: JULY 7, 2005

Signed USMS Deputy or Clerk: [signature]    Date: 7/7/05

As shown in "Remarks", the process described on the [form] shown at the address inserted below.

RETURNED AND FILED
AUG - 1 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 7/15/05    Time: 11:47 am |
| | Signature of U.S. Marshal or Deputy: Karen A. Chavers |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 7/8/05 C.M. # 7001 1140 0001 8579 5861
7/14/05 received green card signed "Suzanne Hedger"
7/15/05 received recorded copy

FORM USM 285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED