```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF ALABAMA
                        EASTERN DIVISION
```

UNITED STATES OF AMERICA,    *

    PLAINTIFF,               *

V.                           *    CASE NO.2:05-CR-149-F

BUFFY LYNN ROBERSON,         *

    DEFENDANT.               *

**NOTICE OF DEFENSES**

Comes now defendant, by counsel, and submits the following:

1. Pursuant to Rule 12.3 of the F.R.Crim.P. defendant intends to assert a defense of actual or believed exercise of public authority of a law enforcement agency at the time of the alleged defenses. The law enforcement officer involved is Mark Anderson and at the time it is believed he was employed with the Coffee County Sheriff's Office and is now believed to be employed with the Florala Police Department. Other law enforcement officers/agencies who may have information regarding this are:

    a.  Scotty Ballard
        Alabama ABC Board

    b.   Sonny Bedsole
        Alabama ABC Board

    c.   Stephen Kelly
        Alabama State Trooper

    d.   Wayne Spoon
        Covington County Sheriff's Department

    e.   Sue Lambert
        Opp Police Department

2. In conjunction with the above, in addition to the above, or in the alternative defendant intends to claim the defense of entrapment by estoppel.

Respectfully submitted this 15 day of September, 2005.

        s/Jeffery C. Duffey
        JEFFERY C. DUFFEY
        Attorney for Defendant
        Buffy Lynn Robertson
        600 South McDonough Street
        Montgomery, AL  36104
        Phone: 334-834-4100
        Fax: 334-834-4101
        email: jcduffey@aol.com
        Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
AUSA
P.O. Box 197
Montgomery, AL 36101

                                          Respectfully submitted,

                                          s /Jeffery C. Duffey
                                          JEFFERY C.  DUFFEY
                                          Attorney for Defendant
                                          Buffy Lynn Roberson
                                          600 South McDonough Street
                                          Montgomery, AL  36104
                                          Phone: 334-834-4100
                                          Fax: 334-834-4101
                                          email: jcduffey@aol.com
                                          Bar No.  ASB7699F67J