**COURTROOM DEPUTY MINUTES**  **DATE :  SEPTEMBER 19, 2005**

**MIDDLE DISTRICT OF ALABAMA**  **DIGITAL RECORDED:  1:09 - 1:10**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**   **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER:  2:05CR149-F-CSC**   **DEFENDANT NAME: BUFFEY LYNN ROBERSON**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. JEFFERY C. DUFFEY |

√   **DISCOVERY STATUS: NONE.**

√   **PENDING MOTION STATUS:   NONE . Notice of Defense filed.**

❏   **PLEA STATUS:**

√   **TRIAL STATUS: CASE WILL GO TO TRIAL ; WILL TAKE 3 DAYS FOR TRIAL**

❏   **REMARKS:**