```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA,      *
                               *
     Plaintiff,                *
                               *
V.                             * CR. NO.
BUFFY LYNN ROBERSON            * 2:05CR149-F
                               *
     Defendant.                *
```

### ORDER

Having considered the foregoing Exparte Motion for Order for Subpoenas, Subpoenas Duces Tecum and for Service Thereof in connection with the trial of this case,

**IT IS HEREBY ORDERED** that the requested Subpoenas and Subpoenas Duces Tecum be issued for the named parties. The cost of transportation, subsistence, and fees for such witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

**IT IS HEREBY FURTHER ORDERED** that the Subpoenas Duces Tecum issued shall require the foregoing to provide the ordered records to the Office of the Clerk of this Court, United States District Court, One Church Street, Montgomery, Al. 36104, telephone 334-954-3600, on or before October 31, 2005; and the Clerk of this Court shall make such records available to the parties for viewing or copying.

**IT IS HEREBY FURTHER ORDERED** that the Subpoenas issued shall require the witnesses to attend at the trial of this matter in the United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Al. 36104 at 10:00 a.m., November 7, 2005, or at the date and time set thereafter for such trial.

**SO ORDERED** this _____ day of October, 2005.

_____
United States Magistrate Judge