```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| **BUFFY LYNN ROBERSON** | * 2:05CR149-F |
| | * |
| Defendant. | * |

**SUPPLEMENT TO EXPARTE MOTION FOR ORDER FOR SUBPOENAS,
SUBPOENAS DUCES TECUM AND FOR SERVICE THEREOF**

Comes now defendant, by counsel, pursuant to Rule 17, F.R.Crim.P, and submits the following:

1. On October 19, 2004, Defendant filed an exparte motion for subpoenas/subpoenas duces tecum. At that time Defendant did not have the address for 4 of the witnesses that were listed in said motion that were requested to be subpoenaed for the trial term of November 7, 2004, and for subpoenas duces tecum. See paragraph 5 of said motion.

2. This motion is filed in supplement to the previously filed exparte motion for subpoenas to supply the addresses for those 4 previously listed witnesses. Those witnesses and addresses are as follows:

    A.   Paul Dean
          DTF
          Covington County Sheriff's Office
          Andalusia, Al. 36420

      B.    Janis James Puzar
          105 Golf Circle
          Opp, Al. 36467

      C.    Randy Anderson
          25775 Atkins Road
          Opp, Al. 36467

      D.    Scotty Ballard
          Alabama ABC Board
          1806 MLK Expressway
          Andalusia, Al. 36420

Wherefore, based upon the above defendant requests that subpoenas/subpoenas duces tecum be issued and served on said witnesses to appear at the trial term beginning November 7, 2005, and continuing thereon until released by the court; and that subpoenas duces tecum require said witnesses to produce said documents at the office of the Clerk of this Court on or before October 31, 2005, or at a date, place and time set by the court, to be made available to the parties for review or copying. (Proposed subpoenas attached)

Respectfully submitted this 20th day of October, 2005.

                              S/Jeffery C. Duffey
                              JEFFERY C. DUFFEY
                              Attorney for Defendant
                              Buffy Roberson
                              600 South McDonough Street
                              Montgomery, AL 36104
                              Phone: 334-834-4100
                              Fax: 334-834-4101
                              email: jcduffey@aol.com
                              Bar No. ASB7699F67J