AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

V.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER:

TO:

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

_____
_____
_____
_____
_____
_____
_____
_____

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK |  |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO  AMOUNT $_____ |
|---|---|
| SERVED BY (PRINT NAME} | TITLE |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
            *Date*

_____
*Signature of sever*

_____
*Address of sever*

ADDITIONAL INFORMATION