**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 21, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   United States of America vs. Buffy Lynn Roberson**

**Case Number:   2:05cr149-F**

**This Notice of Correction was filed in the referenced case this date to terminate pending motions, document numbers 45 and 47.  Document #45 is a Proposed Order, not Ex Parte Motion and Document #47 is a Supplement of Addresses, not Supplemental Ex Parte Motion.**