IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:05-cr-149-F |
| ) | |
| BUFFY LYNN ROBERSON ) | |
| KIM CHATHAM ) | |

## **O R D E R**

It is hereby ORDERED that this matter is set for a status conference on November 1, 2005 at 4:30 P.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this 31st day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE