IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,     *

    PLAINTIFF,          *

V.                   *    CR. No. 2:05-CR-149-F

BUFFY LYNN ROBERSON,     *

    DEFENDANT.        *

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now defendant Buffy Lynn Roberson, by counsel, and submits the following:

1.  The trial of this matter is set for the term beginning November 7, 2005.

2.  The trial of this case is estimated to take about 3 trial days, and may include 20 or more witnesses.  Defendant is in need of additional time for trial preparation in this case.

3. Undersigned counsel has conferred with AUSA Tommie Brown Hardwick, attorney for the Government, and Bruce Maddox, attorney for co-defendant Kim Chatham regarding this motion, and neither the Government nor co-defendant objects to this request for continuance.

1

4.   A waiver of speedy trial executed by defendant is attached to this motion as Exhibit A.

WHEREFORE, because of the above reasons defendant requests that the trial in the above styled case be continued until a later trial term.

Respectfully submitted this 2nd day of November,  2005.

s/Jeffery C. Duffey
JEFFERY C.  DUFFEY
Attorney for
Buffy Lynn Roberson
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

## CERTIFICATE OF SERVICE

I   hereby   certify   that   on   November   2nd,   2005,   I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C.  DUFFEY
Attorney for Roberson