**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          *

      PLAINTIFF,          *

V.          *          CASE NO.2:05-CR-149-F

BUFFY LYNN ROBERSON,          *

      DEFENDANT.          *

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Buffy Lynn Roberson, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

11-1-05
_____
Date

_____
Buffy Lynn Roberson
Defendant

_____
Jeffery C. Duffey
Attorney for Defendant