COURTROOM DEPUTY MINUTES          DATE :   JANUARY 20, 2006

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:09 - 1:10

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR149-LSC-CSC              **DEFENDANT NAME:** BUFFY L. ROBERSON
                                                                     KIM CHATHAM

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. JEFFERY C. DUFFEY |
|  | ATTY. BRUCE MADDOX |

☐ **DISCOVERY STATUS:**

_____

☐ **PENDING MOTION STATUS:** (Roberson) M/Limine Opposing Defense of Entrapment by Estoppel;    Hearing on the motion is set before Judge Coogler.

_____

☐ **PLEA STATUS:**

_____

☐ **TRIAL STATUS:** Case will go to trial; Will take 3 days for trial.

_____

☐ **REMARKS:**

_____