IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.2:05-CR-149-F |
| BUFFY LYNN ROBERSON, | * | |
| DEFENDANT. | * | |

### WAIVER OF SPEEDY TRIAL RIGHTS

I, Buffy Lynn Roberson, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

1-23-2006
Date

_Buffy Lynn Roberson_
Buffy Lynn Roberson
Defendant

_Jeffery C. Duffey_
Jeffery C. Duffey
Attorney for Defendant