```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF ALABAMA
                        EASTERN DIVISION

UNITED STATES OF AMERICA,    *

     PLAINTIFF,              *

V.                           *     CASE NO.2:05-CR-149-F

BUFFY LYNN ROBERSON,         *

     DEFENDANT.              *
```

**UNOPPOSED MOTION TO CONTINUE**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The above styled case has been set for trial during the term beginning February 13, 2006.

2. This case is consolidated for trial with co-defendant Kim Chatham. At a hearing for this case on January 23, 2006, undersigned counsel learned that Bruce Maddox, Esq., attorney for co-defendant Kim Chatham, moved to withdraw as counsel due to medical problems. It is undersigned counsel's understanding that co-defendant Chatham does not wish to proceed to trial without counsel. Buffy Robertson does not wish to sever her case from the case against co-defendant Chatham.

3. Undersigned counsel has spoken with AUSA Tommie Hardwick and the government does not wish to sever the cases. The government does not oppose this motion for continuance.

4. Undersigned counsel filed a waiver of speedy trial on

January 23, 2006.

   WHEREFORE because of the above defendant Buffy Robertson requests that the trial be continued and reset to a different trial term.

   Respectfully submitted this 25th day of January, 2006.

                                    s/Jeffery C. Duffey
                                    JEFFERY C. DUFFEY
                                    Attorney for Defendant
                                    Buffy Lynn Robertson
                                    600 South McDonough Street
                                    Montgomery, AL  36104
                                    Phone: 334-834-4100
                                    Fax: 334-834-4101
                                    email: jcduffey@aol.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 25th, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
AUSA
P.O. Box 197
Montgomery, AL 36101

                                    Respectfully submitted,

                                    s /Jeffery C. Duffey
                                    JEFFERY C. DUFFEY
                                    Attorney for Defendant
                                    Buffy Lynn Roberson