IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.2:05-CR-149-F |
| BUFFY LYNN ROBERSON, | * | |
| DEFENDANT. | * | |

## UNOPPOSED MOTION TO CONTINUE

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The above styled case has been set for trial during the term beginning February 13, 2006.

2. This case is consolidated for trial with co-defendant Kim Chatham. At a hearing for this case on January 23, 2006, undersigned counsel learned that Bruce Maddox, Esq., attorney for co-defendant Kim Chatham, moved to withdraw as counsel due to medical problems. It is undersigned counsel's understanding that co-defendant Chatham does not wish to proceed to trial without counsel. Buffy Robertson does not wish to sever her case from the case against co-defendant Chatham.

3. Undersigned counsel has spoken with AUSA Tommie Hardwick and the government does not wish to sever the cases. The government does not oppose this motion for continuance.

4. Undersigned counsel filed a waiver of speedy trial on

**MOTION GRANTED**

THIS __30th__ DAY OF __JANUARY__, 20__06__

__/s/ L. Scott Coogler__
**UNITED STATES DISTRICT JUDGE**