IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr149-LSC-CSC |
| | ) | |
| BUFFY LYNN ROBERSON | ) | |
| KIM CHATHAM | ) | |

**ORDER**

For good cause, it is

ORDERED that the final pretrial conference presently set for 3:30 p.m. on March 3, 2006, be and is hereby RESET to **1:30 p.m. on March 6, 2006**, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however, that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 14th day of February, 2006.


　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE