| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  MARCH 6, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:35  - 1:37** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR149-LSC-CSC</u>    **DEFENDANT NAME:** <u>BUFFY LYNN ROBERSON</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  SUSAN REDMON | ATTY. JEFFERY C. DUFFEY |

√    **DISCOVERY STATUS:** Completed.

_____
_____

√    **PENDING MOTION STATUS:**   First Motion in Limine - Judge Coogler will hear motion.
_____

☐    **PLEA STATUS:**
_____
_____

√    **TRIAL STATUS:** Case will take 3 days, if goes to trial.
_____

☐    **REMARKS:**
_____
_____