```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| BUFFY LYNN ROBERSON | * 2:05CR149-LSC-CSC |
| | * |
|     Defendant. | * |

**EXPARTE MOTION FOR ORDER FOR SUBPOENAS, SUBPOENAS DUCES TECUM AND FOR SERVICE THEREOF**

Comes now defendant, by counsel, pursuant to Rule 17, F.R.Crim.P, and submits the following:

1. This motion is filed ex parte pursuant to Rule 17(b), F.R.Crim.P.

2. The defendant has been previously adjudged indigent and undersigned counsel has been appointed to represent her.

3. Motions for subpoenas and supplement were previously filed and granted, but the trial dates were subsequently continued to a new date.

4. The trial of this case is set for the April 17, 2006 term.

5. The defendant is charged with conspiracy to manufacture methamphetamine in violation of 21 USC 841(a)(1)

and 846; and with aiding and abetting the possession and distribution of a controlled substance-pseudoephedrine in violation of 21 USC 841(c)(2) and 18 USC 2.

    6. The defendant by previously filed motion has claimed the defense of actual or believed exercise of public authority of a law enforcement agency or in the alternative entrapment by estoppel. More specifically the defendant claims that during the time period for which she is charged she was working as a cashier for co-defendant Trawick, d/b/a Lake Grocery, that she notified law enforcement and others about the activity occurring at the Lake Grocery for which she is now charged, that she sought advice as to whether she would be in trouble if she continued to work at the Lake Grocery as a cashier and was informed that the owner of the Lake Grocery would be responsible and not her as cashier, that she would not be in trouble by continuing work as a cashier. Defendant continued working at the Lake Grocery because she needed a job. It is believed that the following witnesses were either directly communicated with by the defendant regarding the above or they had communication with others about same. The defendant needs the presence at her trial of the following witnesses by subpoena to support her claim of defense and for other related matters:

A.   Mark Anderson
     Florala Police Department
     1407 Wall Street
     Florala, Al. 36442

B.   David Mock
     Florala Police Department
     1407 Wall Street
     Florala, Al. 36442

C.   Sonny Bedsole
     Alabama ABC Board
     Highway 84 West
     Andalusia, Al. 36420

D.   Wayne Spoon
     Covington County Sheriff's Department
     County Courthouse
     Andalusia, Al. 36420

E.   Steven Kelly
     26848 Weaver Place Road
     Opp, Al. 36467

F.   Sue Lambert
     Opp Police Department
     Main Street
     Opp, Al. 36467

G.   Paul Dean
     DTF
     Covington Co. Sheriff's Office
     Andalusia, Al. 36420

H.   Janis James Puzar
     105 Golf Circle
     Opp, Al. 36467

I.   Randy Anderson
     25775 Atkins Road
     Opp, Al. 36467

      J.    Scotty Ballard
         Alabama ABC Board
         1806 MLK Expressway
         Andalusia, Al. 36420

7.   Defendant also requests that subpoena duces tecum also be issued for each of the above witnesses and that said items be produced to the Clerk of the Court prior to the trial, more specifically that said items be produced on or before February 6, 2006, and that the parties be allowed to view and copy same prior to trial.  See Rule 17(c)(1), F.R.Crim.P.  Defendant requests the subpoena duces tecum order the production of:

> All notes, records, documents, files or other means of record relative to Buffy Lynn Roberson's claim to have informed or provided to law enforcement or others information about Leslie H. Trawick d/b/a Lake Grocery regarding the sale of methamphetamine or pseudoephedrine in Covington County, Alabama during the approximate time period of 2002 to date.  Said information shall be produced to the Clerk of this Court on or before February 6, 2006, and made available to the parties for review or copying.

Defendant has reason to believe that one or more of the witnesses made notes of Defendant's contact with them as set out in paragraph 6 above; there are no notes of same included in discovery produced by the Government, and it is undersigned counsel's understanding that the Government does not have this information in its possession, nor is the Government aware of the existence of any notes of same.

8. The defendant also needs the presence of the following Character Witnesses:

    A. Heath Truman
       Florala Police Department
       1407 Wall Street
       Florala, Al. 36442

    B. Lamar Mitchell
       23509 3rd Avenue
       Florala, Al. 36442

    C. Walter Inabinette
       982 5th Street
       Florala, Al. 36442

9. The defendant has attached copies of proposed subpoenas for the above witnesses.

10. Defendant does not request that this motion be placed under seal.

Wherefore, based upon the above defendant requests that subpoenas/subpoenas duces tecum be issued and served on said

witnesses to appear at the trial term beginning February 13, 2006, and continuing thereon until released by the court; and that subpoenas duces tecum require said witnesses to produce said documents at the office of the Clerk of this Court on or before a date, place and time set by the court, to be made available to the parties for review or copying.

Respectfully submitted this 11th day of March, 2006.

        s/Jeffery C. Duffey__
        JEFFERY C.  DUFFEY
        Attorney for Defendant
        Buffy Roberson
        600 South McDonough Street
        Montgomery, AL  36104
        Phone: 334-834-4100
        Fax: 334-834-4101
        email: jcduffey@aol.com
        Bar No.  ASB7699F67J