```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   MIDDLE DISTRICT OF ALABAMA
                         EASTERN DIVISION
```

UNITED STATES OF AMERICA,   *

    PLAINTIFF,              *

V.                          *   CASE NO.2:05-CR-149-LSC

BUFFY LYNN ROBERSON,        *

    DEFENDANT.              *

### NOTICE OF CONFLICT WITH TRIAL DATE

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The above styled case has been set for trial during the term beginning April 17, 2006.

2. Undersigned counsel has received notice dated March 23, 2006, that the cases listed below are set before Honorable Truman Hobbs, Jr., Montgomery County Circuit Judge, for the trial term beginning April 17, 2006: <u>State v. Marco Thornton</u>, CC-05-1279-TMH, <u>State v. Marco Thornton</u>, CC-05-1280-TMH and <u>State v. Marco Thornton</u>, CC-05-1744-TMH. See Exhibit A attached. A pretrial status conference for the above cases has been set for April 7, 2006.

3. Undersigned counsel also has 2 civil jury trials in the Middle District of Alabama set for jury selection on April 24, 2006, in <u>Oliver v. Bruce</u>, Case No.2:03-CV-01267-WKW and <u>U.S.A. v. $130,800.00 in United States Currency</u>, Case No. 2:04

CV-115-WKW.  Both cases will be tried the  week of May 1, 2005.  Counsel also has a non-jury domestic relations trial set in the Circuit Court of Dale County for April 25, 2006:  <u>Williams v. Williams</u>, Case No. DR-02-184.01.

WHEREFORE, defendant Buffy Robertson gives notice of the above possible conflicts.

Respectfully submitted this 28th day of March,  2006.

<u>s/Jeffery C. Duffey</u>
JEFFERY C.  DUFFEY
Attorney for Defendant
Buffy Lynn Robertson
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: <u>jcduffey@aol.com</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
AUSA
P.O. Box 197
Montgomery, AL 36101

                                        Respectfully submitted,

                                        s /Jeffery C. Duffey
                                        JEFFERY C.  DUFFEY
                                        Attorney for Defendant
                                        Buffy Lynn Roberson
                                        600 South McDonough Street
                                        Montgomery, AL  36104
                                        Phone: 334-834-4100
                                        Fax: 334-834-4101
                                        email: jcduffey@aol.com
                                        Bar No.  ASB7699F67J