STATE OF ALABAMA,                  *    IN THE CIRCUIT COURT OF

Plaintiff,                         *    MONTGOMERY COUNTY, ALABAMA

VS.                                *

Marco Thornton                     *    CASE NO. CC- 05-1275  TMH

Defendant.                         *

## ORDER SETTING TRIAL

It is hereby ORDERED, ADJUDGED, and DECREED that this matter is set for Trial on April 17, 2006, 9:00 a.m. Courtroom 3-A, Montgomery County Courthouse, 251 South Lawrence Street, Montgomery, Alabama.

Discovery shall be completed on or before April 4, 2006 the State and the Defendant shall at a convenient time and place, disclose, produce for inspection and copying and exchange all items and things set out in Rule 16 A.R.Crim.P. At the same time the State shall disclose all evidence generally required by *Brady v. Maryland*, 373 U.S. 83 (1963).

It is further ORDERED that this matter is set for Pretrial Status Conference on April 7, 2006 at 8:30 a.m., Courtroom 3-A, Montgomery County Courthouse. Defendant and his/her attorney is required to be present at pretrial. If Defendant fails to appear a WRIT OF ARREST shall be issued. If the attorney FAILS TO APPEAR he/she may be SUBJECT TO SANCTIONS INCLUDING CONTEMPT.

DONE this the 23rd day of March, 2006.

/s/ Truman M. Hobbs, Jr.
TRUMAN M. HOBBS, JR., CIRCUIT JUDGE

cc:   District Attorney

___ ELLEN BROOKS          X  BRANDON HUGHES
___ DARYL BAILEY          ___ ANGIE KING
___ SCOTT GREEN           ___ TRISHA MELLBERG
___ MATTHEW SHADDRIX      ___ CALVIN WILLIAMS

Attorney for Defendant:  ___ WILEY HARTLEY    ___ WINSTON DURANT

___ Jeff Duffey

___ Defendant by mail:

STATE OF ALABAMA,  \*   IN THE CIRCUIT COURT OF

Plaintiff,  \*   MONTGOMERY COUNTY, ALABAMA

VS.  \*   CASE NO. CC-05-1280 TMH

Marco Thornton  \*   05-1744

Defendant.  \*

## ORDER SETTING TRIAL

It is hereby ORDERED, ADJUDGED, and DECREED that this matter is set for Trial on April 17, 2006, 9:00 a.m. Courtroom 3-A, Montgomery County Courthouse, 251 South Lawrence Street, Montgomery, Alabama.

Discovery shall be completed on or before April 4, 2006 the State and the Defendant shall at a convenient time and place, disclose, produce for inspection and copying and exchange all items and things set out in Rule 16 A.R.Crim.P. At the same time the State shall disclose all evidence generally required by Brady v. Maryland, 373 U.S. 83 (1963).

It is further ORDERED that this matter is set for Pretrial Status Conference on April 7, 2006 at 8:30 a.m., Courtroom 3-A, Montgomery County Courthouse. Defendant and his/her attorney is required to be present at pretrial. If Defendant fails to appear a WRIT OF ARREST shall be issued. If the attorney FAILS TO APPEAR he/she may be SUBJECT TO SANCTIONS INCLUDING CONTEMPT.

DONE this the 23rd day of March, 2006.

/s/ Truman M. Hobbs, Jr.
TRUMAN M. HOBBS, JR., CIRCUIT JUDGE

cc:   District Attorney

___ ELLEN BROOKS           X  BRANDON HUGHES
___ DARYL BAILEY            ___ ANGIE KING
___ SCOTT GREEN             ___ TRISHA MELLBERG
___ MATTHEW SHADDRIX        ___ CALVIN WILLIAMS

Attorney for Defendant:   ___ WILEY HARTLEY   ___ WINSTON DURANT

___ Jeff Duffey

___ Defendant by mail: