```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   MIDDLE DISTRICT OF ALABAMA
                        EASTERN DIVISION
```

UNITED STATES OF AMERICA,   *

    PLAINTIFF,              *

V.                          *   CASE NO.2:05-CR-149-LSC-CSC

BUFFY LYNN ROBERSON,        *

    DEFENDANT.              *

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now defendant, by counsel, and hereby gives notice to the court of intent to change her plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 11th day of April, 2006.

```
                              s/Jeffery C. Duffey
                              JEFFERY C. DUFFEY
                              Attorney for Defendant
                              Buffy Lynn Robertson
                              600 South McDonough Street
                              Montgomery, AL  36104
                              Phone: 334-834-4100
                              Fax: 334-834-4101
                              email: jcduffey@aol.com
                              Bar No.  ASB7699F67J
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 11, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

```
Tommie Hardwick
AUSA
P.O. Box 197
Montgomery, AL 36101
```

                                      Respectfully submitted,

                                      s /Jeffery C. Duffey
                                      JEFFERY C. DUFFEY
                                      Attorney for Defendant
                                      Buffy Lynn Roberson
                                      600 South McDonough Street
                                      Montgomery, AL 36104
                                      Phone: 334-834-4100
                                      Fax: 334-834-4101
                                      email: jcduffey@aol.com
                                      Bar No. ASB7699F67J