RECEIVED
2006 APR 12 A 8: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:05cr-149-LSC |
| v. | ) | [18 USC 4] |
| | ) | |
| BUFFY LYNN ROBERSON | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

From on or about December 5, 2002, and continuing to on or about December 10, 2002, in Covington County, Alabama, within the Middle District of Alabama,

BUFFY LYNN ROBERSON,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Distribution of a Listed Chemical, in violation of Title 21, United States Code, Section 841(c)(2), did conceal the same and did not as soon as possible make known the same to some judge or other person in civil authority under the United States, in violation of Title 18, United States Code, Section 4.

_____
LOUIS V. FRANKLIN, SR.
Chief, Criminal Division

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney