# United States District Court

**FILED**

__MIDDLE__ DISTRICT OF __ALABAMA__       APR 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**UNITED STATES OF AMERICA**

v.

**BUFFY LYNN ROBERSON**

## WAIVER OF INDICTMENT

CASE NUMBER: 2:05cr149-LSC

I, __Buffy Lynn Roberson__, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 4,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-14-06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer