**COURTROOM DEPUTY MINUTES** **DATE:** April 14, 2006    **FTR RECORDING:** 9:13:06 / 2:15

**MIDDLE DISTRICT OF ALABAMA**    **COURT REPORTER:** MITHCHELL REISNER

☐ ARRAIGNMENT    ✓ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** _CHARLES S. COODY_ | **DEPUTY CLERK:** _WANDA STINSON_ |
| **CASE NUMBER:** _2:05CR149-LSC-CSC_ | **DEFENDANT NAME:** _BUFFY LYNN ROBERSON_ |
| **AUSA:** _TOMMIE HARDWICK_ | **DEFENDANT ATTY:** _JEFFERY C. DUFFEY_ |
| **USPO:** _Al Lancaster_ | Type Counsel: ( ) Waived; ( ) Retained; (✓) Panel CJA; ( ) CDO |

Defendant ___ does ✓ does NOT need and interpreter. Name: _____

- ☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ✓ **WAIVER OF INDICTMENT** executed and filed.
- ✓ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity

✓ Guilty as to:    ✓ Count(s) _1_    of the **Felony Information**

☐ Count(s) _____    ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.
    - ☐ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ✓ **ORDER:** Defendant Continued ✓ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ✓ Sentencing on _____; ✓ to be set by Separate Order
- ☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
    - ☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.